**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Juan Claudio                                    CHAPTER 13
          Maria Cristina Quinones
                Debtor(s)                                BKY. NO. 23-11033 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of CrossCountry Mortgage, LLC and index same on the master mailing list.

                                               Respectfully submitted,

                                               /s/ *Michael Farrington*
                                               Michael Farrington
                                               17 Apr 2023, 12:30:09, EDT

                                               KML Law Group, P.C.
                                               701 Market Street, Suite 5000
                                               Philadelphia, PA 19106-1532
                                               (215) 627-1322