UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                          Bankr. Case No. 23-11033

Juan Claudio & Maria Cristina Quinones                                                          Chapter 13

    Debtor(s)

### REQUEST FOR NOTICE

   Pursuant to Rule 2002(g), Mercedes-Benz Financial Services USA LLC hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

       Mercedes-Benz Financial Services USA LLC
       c/o BK Servicing, LLC
       PO Box 131265
       Roseville, MN  55113-0011


       BK Servicing, LLC


       By  /s/ Ed Gezel


       Ed Gezel, Agent
       BK Servicing, LLC
       PO Box 131265
       Roseville, MN  55113-0011
       651-366-6390
       notices@bkservicing.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on April 30, 2023 :

Brad J. Sadek
Sadek And Cooper
1500 Jfk Boulevard
Ste 220
Philadelphia, PA  19102

Kenneth E. West
Office Of The Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA  19107

By /s/ Ed Gezel, Agent
Ed Gezel

519805