**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Juan Claudio,<br>Maria Cristina Quinones,<br>　　　　Debtors.<br><br>Nationstar Mortgage LLC,<br>　　　　Movant,<br><br>  v.<br>Juan Claudio,<br>Maria Cristina Quinones,<br>　　　　Debtors/Respondents,<br><br>Kenneth E. West, Esquire,<br>　　　　Trustee/Respondent. | Bankruptcy No. 23-11033-pmm<br><br>Chapter 13<br><br>Related to Doc. No. 16<br><br>Confirmation Hearing:<br>June 27, 2023 at 01:00 pm |

## PRAECIPE TO WITHDRAW

**PLEASE TAKE NOTICE THAT**, on behalf of Nationstar Mortgage LLC, the undersigned hereby withdraws the following document:

**Docket Entry #16 - Nationstar Mortgage LLC's Objection to Confirmation of Debtors' Chapter 13 Plan, filed on May 19, 2023.**


　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　**Robertson, Anschutz, Schneid & Crane LLC**
　　　　　　　　　　　　　　　　　　By: /s/Michelle L. McGowan, Esq.
　　　　　　　　　　　　　　　　　　Attorney for Secured Creditor
　　　　　　　　　　　　　　　　　　Michelle L. McGowan, Esq., Esq.
　　　　　　　　　　　　　　　　　　PA I.D 62414 PA
　　　　　　　　　　　　　　　　　　13010 Morris Rd, Suite 450
　　　　　　　　　　　　　　　　　　Alpharetta, GA 30004
　　　　　　　　　　　　　　　　　　Telephone: 470-321-7113
　　　　　　　　　　　　　　　　　　Email:  mimcgowan@raslg.com

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Juan Claudio,<br>Maria Cristina Quinones,<br>　　　　Debtors.<br><br>Nationstar Mortgage LLC,<br>　　　　Movant,<br><br>　v.<br>Juan Claudio,<br>Maria Cristina Quinones,<br>　　　　Debtors/Respondents,<br><br>Kenneth E. West, Esquire,<br>　　　　Trustee/Respondent. | Bankruptcy No. 23-11033-pmm<br><br>Chapter 13<br><br>Related to Doc. No. 16<br><br><br>Confirmation Hearing:<br>June 27, 2023 at 01:00 pm |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 27, 2023, I electronically filed the foregoing Praecipe to Withdraw with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Juan Claudio
501 Welsh Road
Philadelphia, PA 19115

Maria Cristina Quinones
501 Welsh Road
Philadelphia, PA 19115

And via electronic mail to:

Brad J. Sadek
Sadek And Cooper
1500 JFK Boulevard,
Ste 220
Philadelphia, PA 19102


Kenneth E. West
Office Of The Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

United States Trustee
Office Of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

Date: June 27, 2023

                Respectfully Submitted,

                **Robertson, Anschutz, Schneid & Crane LLC**
                By: /s/Michelle L. McGowan, Esq.
                Attorney for Secured Creditor
                Michelle L. McGowan, Esq., Esq.
                PA I.D 62414 PA
                13010 Morris Rd, Suite 450
                Alpharetta, GA 30004
                Telephone: 470-321-7113
                Email:  mimcgowan@raslg.com