# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>JUAN CLAUDIO AND MARIA CRISTINA QUINONES | Case No. 23-11033-pmm<br><br>Chapter 13 |
| CrossCountry Mortgage, LLC,<br>    Movant<br><br>vs.<br><br>JUAN CLAUDIO AND MARIA CRISTINA QUINONES,<br>    Debtors | |

## WITHDRAWAL OF OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN

    CrossCountry Mortgage, LLC ("Movant"), by and through its legal counsel, hereby withdraws its OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN filed on June 9, 2023, Doc # 18.

    This 11th day of September, 2023.

    */s/Andrew Spivack*
    Andrew Spivack, PA Bar No. 84439
    Matthew Fissel, PA Bar No. 314567
    Mario Hanyon, PA Bar No. 203993
    Ryan Starks, PA Bar No. 330002
    Jay Jones, PA Bar No. 86657
    Attorney for Creditor
    BROCK & SCOTT, PLLC
    3825 Forrestgate Drive
    Winston Salem, NC 27103
    Telephone: (844) 856-6646
    Facsimile: (704) 369-0760
    E-Mail: PABKR@brockandscott.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>JUAN CLAUDIO AND MARIA CRISTINA QUINONES | Case No. 23-11033-pmm<br><br>Chapter 13 |
| CrossCountry Mortgage, LLC,<br>    Movant<br><br>vs.<br><br>JUAN CLAUDIO AND MARIA CRISTINA QUINONES,<br>    Debtors | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Withdrawal of Objection to Confirmation of Debtors' Chapter 13 Plan has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

BRAD J. SADEK, Debtor's Attorney
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
brad@sadeklaw.com


KENNETH E WEST, Bankruptcy Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Office of United States Trustee, US Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107


Via First Class Mail:

Document      Page 3 of 3

JUAN CLAUDIO
501 WELSH ROAD
PHILADELPHIA, PA 19115

MARIA CRISTINA QUINONES
501 WELSH ROAD
PHILADELPHIA, PA 19115

Date: September 11, 2023

/s/Andrew Spivack
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com