**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 23-11033** |
| **Juan Claudio** | : | **Chapter 13** |
| **Maria Cristina Quinones** | : | **Judge Patricia M. Mayer** |
| | : | *　*　*　*　*　*　*　*　*　*　*　*　*　*　*　*　*　*　* |
| **Debtor(s)** | : | |
| | : | |
| | : | **Related Document #** |
| | : | |
| | : | |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for Nationstar Mortgage LLC, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

                                                 Respectfully submitted,

                                                 /s/ Alyk L. Oflazian
                                                 Alyk L. Oflazian, Esquire (312912)
                                                 Adam B. Hall (323867)
                                                 Manley Deas Kochalski LLC
                                                 P.O. Box 165028
                                                 Columbus, OH  43216-5028
                                                 Telephone: 614-220-5611
                                                 Fax: 614-627-8181
                                                 Attorneys for Creditor
                                                 The case attorney for this file is Alyk L. Oflazian.
                                                 Contact email is ALOflazian@manleydeas.com

24-008436_PS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | |
| | **Case No.: 23-11033** |
| **Juan Claudio** | **Chapter 13** |
| **Maria Cristina Quinones** | **Judge Patricia M. Mayer** |
| | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | |
| | **Related Document #** |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

BRAD J. SADEK, Attorney for Juan Claudio and Maria Cristina Quinones, brad@sadeklaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Juan Claudio and Maria Cristina Quinones, 501 Welsh Road, Philadelphia, PA  19115

/s/ Alyk L. Oflazian

24-008436_PS