**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Juan Claudio                          CHAPTER 13
          Maria Cristina Quinones
                Debtor(s)                         BKY. NO. 23-11033 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of CrossCountry Mortgage, LLC and index same on the master mailing list.

                                              Respectfully submitted,

                                  /s/ *Michael Farrington*
                                  PA Eastern BK
                                  17 May 2024, 17:58:39, EDT

                                  KML Law Group, P.C.
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA 19106-1532
                                  (215) 627-1322