# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Juan Claudio,<br>Maria Cristina Quinones,<br>       *Debtors*. | Case No. 23-11033-pmm<br>Chapter 13 |

## Certificate of Service

 I, Brad J. Sadek, certify that on August 20, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion to Sell Real Property

- Notice of Motion, Response Deadline, and In-Person Hearing Date

 I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: August 20, 2025       /s/ Brad J. Sadek
                  Brad J. Sadek
                  Sadek Law Offices, LLC
                  1500 JFK Boulevard, Suite 220
                  Philadelphia, PA 19102
                  215-545-0008
                  brad@sadeklaw.com

## Mailing List Exhibit

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| BMW Bank of North America c/o AIS Portfolio Servic<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Philadelphia Federal Credit Union<br>Attn: Bankruptcy<br>12800 Townsend Road<br>Philadelphia, PA 19154 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Mercedes-Benz Financial Services<br>USA LLC c/o BK Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Capital One N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Verizon<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| CrossCountry Mortgage<br>PO Box 619096<br>Dallas, TX 75261-9741 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |

3

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| Nationstar Mortgage LLC<br>ATTN: Bankruptcy Dept.<br>PO Box 619096<br>Dallas, TX 75261-9741 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Philadelphia Gas Works<br>800 W Montgomery Ave 3F<br>Philadelphia, PA 19122 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |