## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Juan Claudio, <br> Maria Cristina Quinones, <br> *Debtors*. | Case No. 23-11033-pmm <br> Chapter 13 |

### Debtors' Third Amended Motion to Sell Property

Debtors Juan Claudio and Maria Cristina Quinones, through their attorney, hereby move this Court for the entry of an order approving the sale of real property. In support of this Motion, the Debtors state as follows:

1. This case was filed under chapter 13 on April 10, 2023, and the plan was confirmed on October 25, 2023.

2. The Debtors are joint owners of real property located at 1238 Gilham Street in the City of Philadelphia, County of Philadelphia, and State of Pennsylvania (the "Property").

3. The Debtors have received an offer from Koe Ketter to purchase the Property for the sum of $228,000.00, pursuant to a sale agreement dated September 19, 2025, which is attached as Exhibit A.

4. The sale is in the best interests of the bankruptcy estate and its creditors because it will provide for full payment to unsecured creditors through the confirmed plan.

5. The Debtors seek approval to sell the Property under the terms of the sale agreement pursuant to 11 U.S.C. §§ 363(b) and 1303.

6. If this Motion is approved without opposition, no party would have grounds for appeal, so the Court should waive the fourteen-day stay under Rule 6004(h). See Fed. R. Bankr. P. 6004(h) (advisory committee's note to 1999 amendment explaining that the automatic stay exists to allow time to seek a stay pending appeal of an order authorizing property sale).

    For those reasons, the Court must enter relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: September 29, 2025                        **SADEK LAW OFFICES, LLC**
                                                    *Attorney for Debtors*

                                                    By: /s/ Brad J. Sadek
                                                          Brad J. Sadek
                                                          1500 JFK Boulevard, Suite 220
                                                           Philadelphia, PA 19102
                                                           215-545-0008
                                                           brad@sadeklaw.com