IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re:                                                    :
                                                          :   Chapter 13
Juan Claudio & Maria Cristina Quinones    :
                                                          :   Bankruptcy No. 23-11033
                              Debtors.        :
---------------------------------------------------------x

**PRAECIPE TO WITHDRAW PROOF OF CLAIM**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Proof of Claim number 15-1 filed by the Water Revenue Bureau on July 20, 2023 in the amount of $39.26.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: October 2, 2025        **By:**    */s/ Pamela Elchert Thurmond*
PAMELA ELCHERT THURMOND
Senior Attorney
PA Attorney I.D. 202054
City of Philadelphia Law Department
1401 JFK Blvd., 5th Floor
Philadelphia, PA  19102-1595
215-686-0508 (phone)
215-686-0588 (facsimile)
Email: Pamela.Thurmond@phila.gov