**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Juan Claudio,<br>Maria Cristina Quinones,<br>*Debtors*. | Case No. 23-11033-pmm<br>Chapter 13 |

**Order Setting Expedited Hearing**

  **AND NOW**, upon consideration of the Third Amended Motion to Sell Property filed at ECF No. 56 ("the Motion"), and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. **A hearing to consider the Motion shall be held on Wednesday, October 22, 2025, at 1:00 p.m. in Courtroom No. 3 at U.S. Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 400 Philadelphia, PA 19107.**

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant(s) shall serve the Motion and this Order on the U.S. Trustee, the case Trustee (if any), the individual Respondent(s) (if any), all secured creditors and all priority creditors by overnight mail, facsimile transmission or e-mail transmission no later than 5:00 p.m. on October 14, 2025. Service under this Paragraph is effective if made to each party identified above through the court's CM/ECF system.

5. The Movant shall serve this order and the notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including all creditors, by regular mail no later than 5:00 p.m. on October 14, 2025.

6. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

Date: 10/10/25

*Patricia M. Mayer*
Patricia M. Mayer
U.S. Bankruptcy Judge