United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11033-pmm |
| Juan Claudio | Chapter 13 |
| Maria Cristina Quinones | |
|    Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Nov 25, 2025 | Form ID: 138OBJ | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Juan Claudio, Maria Cristina Quinones, 501 Welsh Road, Philadelphia, PA 19115-1817 |
| 14773290 | + | CrossCountry Mortgage, LLC, C/O Andrew Spivack, Esquire, Brock and Scott, PLLC, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14849608 | + | CrossCountry Mortgage, LLC, c/o Roger Fay, Esquire, ALBERTELLI LAW, 14000 Commerce Parkway, Suite H, Mount Laurel, NJ 08054-2242 |
| 14891435 | + | CrossCountry Mortgage, LLC., C/O Michael Farrington,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15058785 | + | Nationstar Mortgage LLC, c/o Steven K. Eisenberg, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Ste. 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| 14881319 | | Nationstar Mortgage LLC, c/o Alyk L. Oflazian, Esquire (312912), P.O. Box 165028, Columbus, OH 43216-5028 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 26 2025 00:42:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 26 2025 00:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14778538 | | Email/Text: notices@bkservicing.com | Nov 26 2025 00:42:00 | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 14773683 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 26 2025 00:51:28 | BMW Bank of North America, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14774850 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 26 2025 01:03:42 | BMW Bank of North America c/o AIS Portfolio Servic, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14772442 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Nov 26 2025 01:22:10 | Bmw Financial Services, Attn: Bankruptcy/Correspondence, Po Box 3608, Dublin, OH 43016 |
| 14800554 | | Email/Text: megan.harper@phila.gov | Nov 26 2025 00:42:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14772443 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 26 2025 00:51:57 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14783630 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 26 2025 01:04:01 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

Case 23-11033-pmm    Doc 80    Filed 11/27/25    Entered 11/28/25 00:47:22    Desc Imaged
                                Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 25, 2025 | Form ID: 138OBJ | Total Noticed: 35 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14859532 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 26 2025 00:42:00 | CrossCountry Mortgage, PO Box 619096, Dallas, TX 75261-9096 |
| 14774387 | ^ | MEBN | Nov 26 2025 00:32:05 | CrossCountry Mortgage, LLC, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14789022 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Nov 26 2025 00:42:00 | CrossCountry Mortgage, LLC, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 14772447 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Nov 26 2025 00:42:00 | Dovenmuehle Mortgage, Inc/Cross Country, Attn: Bankruptcy, 1 Corporate Dr. St 360, Lake Zurich, IL 60047 |
| 14776438 | | Email/Text: mrdiscen@discover.com | Nov 26 2025 00:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14772446 | + | Email/Text: mrdiscen@discover.com | Nov 26 2025 00:42:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14772449 | + | Email/Text: Documentfiling@lciinc.com | Nov 26 2025 00:42:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 14790008 | + | Email/Text: Documentfiling@lciinc.com | Nov 26 2025 00:42:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 14772450 | + | Email/Text: FWBankruptcyTeam@mercedes-benz.com | Nov 26 2025 00:42:00 | Mercedes - Benz Financial Services, Attn: Bankruptcy, P.O. Box 685, Roanoke, TX 76262-0685 |
| 14790481 | | Email/Text: nsm_bk_notices@mrcooper.com | Nov 26 2025 00:42:00 | Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas, TX 75261-9741 |
| 15056875 | + | Email/Text: ecfbnc@aldridgepite.com | Nov 26 2025 00:42:00 | Nationstar Mortgage LLC, c/o Shawn Miller, Aldridge Pite LLP, 3333 Camino del Rio South Suite 225, San Diego, CA 92108-3808 |
| 14774529 | + | Email/Text: RASEBN@raslg.com | Nov 26 2025 00:42:00 | Nationstar Mortgage LLC, c/o ROBERTSON, ANSCHUTZ, SCHNEID,, CRANE & PARTNERS, PLLC, 130 CLINTON RD #202, FAIRFIELD, NJ 07004-2927 |
| 14772452 | | Email/Text: CollectionsDept@PFCU.COM | Nov 26 2025 00:42:00 | Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Road, Philadelphia, PA 19154 |
| 14800244 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 26 2025 00:50:06 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14794449 | ^ | MEBN | Nov 26 2025 00:32:09 | Philadelphia Gas Works, 800 W Montgomery Ave 3F, Philadelphia, PA 19122-2898 |
| 14774362 | + | Email/Text: RASEBN@raslg.com | Nov 26 2025 00:42:00 | RAS Crane & Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14772453 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Nov 26 2025 00:42:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |
| 14775527 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Nov 26 2025 00:42:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14772454 | | Email/Text: bknotice@upgrade.com | Nov 26 2025 00:42:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 14788575 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 26 2025 00:49:57 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 29

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14772451 | | Mr. Cooper |
| 14772445 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14772444 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14860801 | *+ | CrossCountry Mortgage, PO Box 619096, Dallas, TX 75261-9096 |
| 14891074 | *+ | CrossCountry Mortgage, LLC, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14889419 | *+ | CrossCountry Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9096 |
| 14772448 | *P++ | DOVENMUEHLE MORTGAGE, 1 CORPORATE DRIVE SUITE 360, LAKE ZURICH IL 60047-8945, address filed with court:, Dovenmuehle Mortgage, Inc/Cross Country, Attn: Bankruptcy, 1 Corporate Dr. St 360, Lake Zurich, IL 60047 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com |
| ANDREW L. SPIVACK | on behalf of Creditor CrossCountry Mortgage  LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| BRAD J. SADEK | on behalf of Joint Debtor Maria Cristina Quinones brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| BRAD J. SADEK | on behalf of Debtor Juan Claudio brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor CrossCountry Mortgage  LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Nationstar Mortgage LLC mimcgowan@raslg.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor Water Revenue Bureau pamela.thurmond@phila.gov |
| ROGER FAY | on behalf of Creditor CrossCountry Mortgage rfay@alaw.net  bkecf@milsteadlaw.com |
| ROGER FAY | on behalf of Creditor CrossCountry Mortgage  LLC rfay@alaw.net, bkecf@milsteadlaw.com |
| STEVEN K. EISENBERG | on behalf of Creditor Nationstar Mortgage LLC seisenberg@sterneisenberg.com  bkecf@sterneisenberg.com |
| United States Trustee | |

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Nov 25, 2025 | Form ID: 138OBJ | Total Noticed: 35

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

*Form 138OBJ* (6/24)–doc 79 – 77

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>  Juan Claudio<br><br>  Maria Cristina Quinones<br><br>  Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 23−11033−pmm<br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: November 25, 2025    For The Court

Mohung Wong
Clerk of Court